**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy         4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Electro-Brand, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 36-2444861 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1127 South Manheim Road <br> Suite 305 <br> Westchester, IL 60154 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**   www.electrobrand-usa.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor　Electro-Brand, Inc.　　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

**7.　Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　4236

**8.　Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.　Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.　Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Electro-Brand, Inc.**   Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

▓ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Electro-Brand, Inc.                                          Case number (if known) _____
         _____
         Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 16, 2018
               _____
               MM / DD / YYYY

X _____        Stephen J. Ettelson
  Signature of authorized representative of debtor    Printed name

Title    President
         _____

18. **Signature of attorney**

X _____        Date   March 16, 2018
  Signature of attorney for debtor                        _____
                                                          MM / DD / YYYY

Chad H. Gettleman, Esq. ARDC #944858
_____
Printed name

Adelman & Gettleman, Ltd.
_____
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
_____
Number, Street, City, State & ZIP Code

Contact phone   312-435-1050        Email address   chg@ag-ltd.com

#944858
_____
Bar number and State

## United States Bankruptcy Court
### Northern District of Illinois

In re    Electro-Brand, Inc.                                          Case No. _____
_____                 Chapter    7   _____
                                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   **46**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:    March 16, 2018
_____            _____
                                   Stephen J. Ettelson/President
                                   Signer/Title

Electro-Brand, Inc. -

ALCO ELECTRONICS LTD
11/F., ZUNG FU INDUSTRIAL BLDG
1067 KING'S RD QUARRY BAY
HONG KONG

ARONBERG GOLDGEHN DAVIS & GARMISA
330 NORTH WABASH AVENUE
SUITE 1700
CHICAGO, IL 60611

C.H. ROBINSON WORLDWIDE, INC.
P.O. BOX 9121
MINNEAPOLIS, MN 55480-9121

CBIZ MHM, LLC
13398 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

CENTRAL STATES TRUCKING CO.
DEPT. 888155
KNOXVILLE, TN 37995-0001

Comcast Cable
PO Box 3001
Southeastern, PA 19398-3001

COMMONWEALTH EDISON
P.O. BOX 6111
CAROL STREAM, IL 60197-6111

CONFAITH (HK) LIMITED
FLAT 2, 7/F, BLK B, NEW TRADE PLAZA,
6 ON PING STREET, SHATIN, N.T.
HONG KONG

CURRENT SALES/CHRIS-TEC MARKETING
6591 WOODBURY DRIVE
SOLON, OH 44139

DAVID ETTELSON
2225 W. ROSCOE
APT. 2
Chicago, IL 60618

Electro-Brand, Inc. -

DELTA MILLENNIUM INC.
216 ROUTE 206
VALLEY PARK SUITE 1
HILLSBOROUGH, NJ 08844-4136


FIRST BANKCARD
P.O. BOX 2818
OMAHA, NE 68103-2818


GOLDSOUND ELECTRONICS LTD
UNIT 13, 3/F, HEWLETT CENTRE
NO 54 HOI YUEN ROAD KWUN TONG
HONG KONG


HAMMACHER SCHLEMMER
9307 N. MILWAUKEE AVE.
Niles, IL 60714


HAPPY SOUND ELECTRONIC PLASTICS LIMITED
FLAT 13, 3/F., HEWLETT CENTRE
54 HOI YUEN ROAD, KWUN TONG
HONG KONG


HEED DEVELOPEMENT LIMITED
RM 405, WAI FUNG PLAZA,
664 NATHAN ROAD, KOWLOON
HONG KONG


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section-Level 7-425
Chicago, IL 60601


Illinois Dept. of Employment Security
33 South State Street
9th Floor
Chicago, IL 60603


Internal Revenue Service
Special Procedures Branch
230 S. Dearborn, Suite 3030A
Attn: STOP 5010-CHI
Chicago, IL 60604

Electro-Brand, Inc. -

JIN BALANCE LIMITED
UNIT 2209, 22F, WU CHUNG HOUSE
213 QUEEN'S ROAD EAST, WANCHAI
HONG KONG

Leetac (HK) Company Limited
Unit 3, 9/F, SIU WAI INDUSTRIAL CENTRE
29-33 WING HONG STREET,
CHINA

LINCOLN FINANCIAL GROUP
P.O. BOX 2248
Fort Wayne, IN 46801

Mem-Ce, LLC
11485 VALLEY VIEW RD
Eden Prairie, MN 55344

MISIK IMPORTS
PONIENTE 134 #702 EDIFICIO X
COLONIA INDUSTRIAL VELLEJO
AZCAPOTZALCO CUIDAD DE
MEXICO C.P. 02300

NEOPOST/MAILFINANCE
DEPT. 3682
DALLAS, TX 75312-3682

NISEN & ELLIOTT, LLC
200 WEST ADAMS STREET
SUITE 2500
CHICAGO, IL 60606

OTIC LTD
RM 1806-07, TOWER B, 18/F, REGENT
CENTRE, 63 WO YI HOP ROAD
HONG KONG

PARTNERS FULFILLMENT LLC
7750 INDUSTRIAL DRIVE
FOREST PARK, IL 60130

Prairie Business Credit, Inc.
24W500 Maple Ave.
Ste. 208
Naperville, IL 60540

Electro-Brand, Inc. -

PRISM CORPORATION
6957 W. ARCHER AVE.
CHICAGO, IL 60638


RAINBOW UMBRELLA HK LTD
Flat A 10/F, World Tech Centre
95 How Ming St. Kwun Tong
Kowloon, Hong Kong


RALLY CAPITAL SERVICES
350 N. LASALLE STREET
SUITE 1100
CHICAGO, IL 60654


Richard Ettelson
950 North Michigan Ave.
#2605
Chicago, IL 60611


RICHEN INDUSTRIAL (H.K.) LIMTIED
Rm.1203, Building 4 East, Saige Technopa
Huaqiang North Road, Futian District
SHENZHEN


Stephen Ettelson
107 Dartmouth Court
Glenview, IL 60026


STRATEGY SALES GROUP
309 HAMILTON STREET
GENEVA, IL 60134


TEXCO ELECTRONICS COMPANY, LTD
RM 1605-6, FO TAN INDUSTRIAL C
26-28 AU PUI WAN ST
FOTAN SHATIN NT
HONG KONG


The Hartford
P.O. BOX 660916
DALLAS, TX 75266


TRAVELERS
CL REMITTANCE CENTER
P.O. BOX 660317
DALLAS, TX 75266-3017

Electro-Brand, Inc. -


UNITED DELIVERY SERVICE, LTD
1111 N. RIDGE AVENUE
LOMBARD, IL 60148


UNITED PARCEL SERVICE
LOCKBOX
Carol Stream, IL 60132-0577


VedderPrice P.C.
222 North LaSalle Street
Chicago, IL 60601


WAI HANG ELECTRONIC CO., LTD
ROOM 1807-1808, 18/F. TRADE PL
BLOCK B, 6 ON PING ST
SIU LEK YUEN
HONG KONG


WESTCHESTER PARTNERS L.P.
1127 S. MANNHEIM ROAD
SUITE 105
WESTCHESTER, IL 60154


WINSONIC ELECTRIC LTD
FLAT K, 17/F, UNIVERSAL IND CT
SHATIN, N.T.
HONG KONG


ZHONGSHAN BOSSNIC LIGHTING CO LTD
SISHA INDUSTRIAL ZONE, HENGLAN TOWN,
ZHONGSHAN CITY,
GUANGDONG
PROVINCE