# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-07636 HAL  
**Case Name:** ELECTRO-BRAND, INC.  
**Period Ending:** 03/31/19

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/16/18 (f)  
**§341(a) Meeting Date:** 04/26/18  
**Claims Bar Date:** 07/19/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1127 S. Mannheim Road, Westchester, IL, 60154, L<br>   Orig. Asset Memo: Imported from original petition Doc# 7<br>No value to estate. Leased premises with back rent owed. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 7750 Industrial Drive Forest Park, IL 60130, Mon<br>   Orig. Asset Memo: Imported from original petition Doc# 7<br>No value to estate. Leased premises with back rent owed. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand<br>   Orig. Asset Memo: Imported from original petition Doc# 7 | 29.00 | 29.00 | | 32.34 | FA |
| 4 | Checking Account at Schaumburg Bank & Trust Comp<br>   Orig. Asset Memo: Imported from original petition Doc# 7 | 482.46 | 482.46 | | 482.46 | FA |
| 5 | Security Deposit 1127 S. Mannheim, Rd., Suite 30<br>   Orig. Asset Memo: Imported from original petition Doc# 7<br>No value because of back rent owed in excess of security deposit. | 4,424.65 | 0.00 | | 0.00 | FA |
| 6 | Security Deposit - per BKD, LLP accounting firm,<br>   Orig. Asset Memo: Imported from original petition Doc# 7<br>Under investigation | 0.00 | Unknown | | 0.00 | FA |
| 7 | Prepaid Insurance - Travelers insurance, general | 5,707.90 | 0.00 | | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 18-07636 HAL  
**Case Name:** ELECTRO-BRAND, INC.  

**Period Ending:** 03/31/19

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/16/18 (f)  
**§341(a) Meeting Date:** 04/26/18  
**Claims Bar Date:** 07/19/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 7<br>No value to estate because of insurance premiums owed. | | | | | |
| 8 | Prepayment for renewal of Great Plains Software<br>Orig. Asset Memo: Imported from original petition Doc# 7<br>No value to estate. Leased software. | 3,591.55 | 0.00 | | 0.00 | FA |
| 9 | Trademarks: Electro-Brand Class 9 for television<br>Orig. Asset Memo: Imported from original petition Doc# 7<br>Value under investigation | 0.00 | Unknown | | 0.00 | FA |
| 10 | Trademark: iTrak by Encore Class 9 for electroni<br>Orig. Asset Memo: Imported from original petition Doc# 7<br>Value under investigation | 0.00 | Unknown | | 0.00 | FA |
| 11 | Trademark: Encore Class 9 for television sets, v<br>Orig. Asset Memo: Imported from original petition Doc# 7<br>Value under investigation | 0.00 | Unknown | | 0.00 | FA |
| 12 | www.electrobrand-usa.com.<br>Orig. Asset Memo: Imported from original petition Doc# 7<br>Value under investigation | 0.00 | Unknown | | 0.00 | FA |

Page: 3

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 18-07636 HAL  
**Case Name:** ELECTRO-BRAND, INC.  

**Period Ending:** 03/31/19  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/16/18 (f)  
**§341(a) Meeting Date:** 04/26/18  
**Claims Bar Date:** 07/19/18  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | No asset listed<br>   Orig. Asset Memo: Imported from original petition Doc# 7<br>No asset listed. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Misc intangibles assets and intellectual propert<br>   Orig. Asset Memo: Imported from original petition Doc# 7 | 0.00 | Unknown | | 0.00 | FA |
| 15 | Mem-Ce., LLC, Breach of Contract. Amount Request<br>   Orig. Asset Memo: Imported from original petition Doc# 7<br>Pending lawsuit under investigation. | 0.00 | Unknown | | 0.00 | FA |
| 16 | A/R 90 days old or less. Face amount = $63,112.4<br>   Orig. Asset Memo: Imported from original petition Doc# 7 | 63,112.40 | 63,112.40 | | 35,716.94 | FA |
| 17 | A/R Over 90 days old. Face amount = $4,972,732.6<br>   Orig. Asset Memo: Imported from original petition Doc# 7<br>This relates to lawsuit identified as asset # 15, which is under investigation. | 4,972,732.66 | Unknown | | 0.00 | FA |
| 18 | Assorted Desks and Desk Chairs<br>   Orig. Asset Memo: Imported from original petition Doc# 7<br>Value under investigation | 0.00 | Unknown | | 215.00 | FA |
| 19 | Assorted Cubicle Work Areas and Filing Cabinets | 0.00 | Unknown | | 260.00 | FA |

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-07636 HAL  
**Case Name:** ELECTRO-BRAND, INC.  

**Period Ending:** 03/31/19  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/16/18 (f)  
**§341(a) Meeting Date:** 04/26/18  
**Claims Bar Date:** 07/19/18  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 7<br>Value under investigation. | | | | | |
| 20 | Office Equipment and Display Samples/Electronic<br>Orig. Asset Memo: Imported from original petition Doc# 7<br>Schedule B question 41 attachment.<br>Value under investigation. | 0.00 | Unknown | | 6,815.00 | FA |
| 21 | Finished goods: See Exhibit to Question 21 attac<br>Orig. Asset Memo: Imported from original petition Doc# 7<br>Located in warehouse.<br>Value and ability to sell under investigation | 102,271.59 | Unknown | | 0.00 | FA |
| 22 | Misc..<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Neopost postage meter.<br>Orig. Asset Memo: Imported from original petition Doc# 7<br>No value. Leased equipment. | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Customer credit balances. See Exhibit to Questio<br>Orig. Asset Memo: Imported from original petition Doc# 7<br>Nature of claim and value under investigation | 78,704.64 | Unknown | | 0.00 | FA |

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-07636 HAL  
**Case Name:** ELECTRO-BRAND, INC.

**Period Ending:** 03/31/19

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/16/18 (f)  
**§341(a) Meeting Date:** 04/26/18  
**Claims Bar Date:** 07/19/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Unscheduled Account Receivables (u) | Unknown | 0.00 | | 238.61 | FA |
| 26 | Sterling Construction Co. Stock 75 Shares (u) | Unknown | 0.00 | | 679.90 | FA |
| 26 | **Assets** **Totals** (Excluding unknown values) | **$5,231,056.85** | **$63,623.86** | | **$44,440.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/15/19 Assets liquidated. Review claims.  
3/31/2018- First meeting 4/26/2018

**Initial Projected Date Of Final Report (TFR):** December 31, 2019    **Current Projected Date Of Final Report (TFR):** December 31, 2019

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 18-07636 HAL |
| **Case Name:** | ELECTRO-BRAND, INC. |
| **Taxpayer ID #:** | **-***4861 |
| **Period Ending:** | 03/31/19 |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1166 - Checking Account |
| **Blanket Bond:** | $45,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/18 | {4} | Electro Brand Inc | Debtor's turnover of funds to close account at Schaumburg Bank & Trust | 1129-000 | 482.46 | | 482.46 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 472.46 |
| 04/16/18 | {16} | Schaumburg Bank & Trust | Wire transfer of account receivable | 1129-000 | 27,754.44 | | 28,226.90 |
| 04/23/18 | 101 | Total Insurance Services, inc. | Account # Elecbra-01 | 2420-000 | | 1,811.00 | 26,415.90 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.45 | 26,399.45 |
| 05/25/18 | {25} | LCM Direct , Inc | Collection of account receivable | 1221-000 | 238.61 | | 26,638.06 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.79 | 26,596.27 |
| 06/12/18 | {16} | Heartland America | Collection of account receivable | 1129-000 | 7,962.50 | | 34,558.77 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.08 | 34,515.69 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.95 | 34,462.74 |
| 08/01/18 | 102 | Trustee Insurance Agency | Insurance on inventory at Partners Fulfillment Invoice # 10638 | 2420-000 | | 250.00 | 34,212.74 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.93 | 34,161.81 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.20 | 34,135.61 |
| 10/24/18 | 103 | Com Ed | Account # 5831242020 per ct order dted 9/20/18 Dkt # 22 | 2420-000 | | 283.65 | 33,851.96 |
| 10/29/18 | 104 | Vanguard Archives | Charge to shred records per Order dted 9/20/18 Dkt # 22 | 2410-000 | | 379.00 | 33,472.96 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.84 | 33,442.12 |
| 11/27/18 | 105 | Com Ed | Account # 5831242020 per ct order dted 9/20/18 Dkt # 22 | 2420-000 | | 132.60 | 33,309.52 |
| 12/10/18 | | American Auction Associates, Inc | Gross Proceeds of Auction Sale Approved 9/20/2018;Dkt No. 22;Deposit Date 12/10/18 IB. | | 7,290.00 | | 40,599.52 |
| | {18} | | 215.00 | 1129-000 | | | 40,599.52 |
| | {19} | | 260.00 | 1129-000 | | | 40,599.52 |

Subtotals :     **$43,728.01**     **$3,128.49**

{} Asset reference(s)     Printed: 04/25/2019 01:42 PM    V.14.50

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 18-07636 HAL | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | ELECTRO-BRAND, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1166 - Checking Account |
| Taxpayer ID #: | **-***4861 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 03/31/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {20} | | | 6,815.00 | 1129-000 | | 40,599.52 |
| 12/10/18 | 106 | American Auction Associates, Inc | Auctioneer expenses order entered 9/20/18 dkt # 22 | 3620-000 | | 2,700.00 | 37,899.52 |
| 12/28/18 | 107 | Com Ed | Account # 5831242020 per ct order dted 9/20/18 Dkt # 22 | 2420-000 | | 117.74 | 37,781.78 |
| 01/02/19 | {26} | Sterling Construction Company, Inc | Sale of 75 shares at 10.46 a share minus processing fee of $104.60 | 1229-000 | 679.90 | | 38,461.68 |
| 01/03/19 | {3} | Ira Bodenstein | Liquidation of funds in Petty Cash box on 1/03/2019 | 1129-000 | 32.34 | | 38,494.02 |
| 01/11/19 | 108 | Com Ed | Account # 5831242020 per ct order dted 9/20/18 Dkt # 22 Final Payment | 2420-000 | | 37.21 | 38,456.81 |
| 02/20/19 | 109 | International Sureties,Ltd | 2019 Bond Premium | 2300-000 | | 22.43 | 38,434.38 |

|  | | ACCOUNT TOTALS | 44,440.25 | 6,005.87 | $38,434.38 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | **Subtotal** | **44,440.25** | **6,005.87** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$44,440.25** | **$6,005.87** | |

Note: Column 4 header reads "6,815.00" aligned under Description of Transaction for the {20} row.

{} Asset reference(s)    Printed: 04/25/2019 01:42 PM    V.14.50

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 18-07636 HAL | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | ELECTRO-BRAND, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1166 - Checking Account |
| Taxpayer ID #: | **-***4861 | Blanket Bond: | $45,000,000.00   (per case limit) |
| Period Ending: | 03/31/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :       44,440.25

Net Estate :         $44,440.25

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1166** | 44,440.25 | 6,005.87 | 38,434.38 |
| | $44,440.25 | $6,005.87 | $38,434.38 |

{} Asset reference(s)

Printed: 04/25/2019 01:42 PM     V.14.50